# HELBRAUN | LEVEY

November 12, 2019

**Via E-Filing**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    *Salazar v. P.V. Bakery Inc., et al.*
                         Case No.: 18-cv-4153

Dear Judge Koeltl:

    We write to respectfully request that the final approval hearing in the above-referenced matter, currently scheduled to be held tomorrow November 12, 2019, be adjourned to a later date. The hearing was originally scheduled to be held on July 26, 2019 and has been adjourned twice upon request by the parties, with both applications being previously granted by this Court. Plaintiff consents to and joins in this application for a further adjournment.

    The basis for this request is that the parties have not yet come to a settlement that would necessitate this Court's final approval, and we ask for additional time to complete same.

    We thank the Court for its kind understanding and consideration.

                      Respectfully submitted,

                      *Lee Nolan Jacobs*   /s/
                      Lee N. Jacobs

*[Handwritten:]* Hearing adjourned to 12/10/19. No further adjournments. So ordered. /s/ Koeltl U.S.D.J. 11/11/19.

helbraunlevey.com
110 William Street, Suite 1410
New York, NY 10038
212-219-1193

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-12-19