# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

November 25, 2019

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Salazar v. P.V. Bakery Inc., et al.*
Case No. 18-cv-4153 (JGK)

Dear Judge Koeltl:

We represent Plaintiff in the above referenced matter.

This letter is respectfully submitted, on consent of Defendants, to respectfully request the Court reschedule the conference that was previously adjourned to December 10, 2019. The reason for the rescheduling request is that I will be out of state in Arizona from December 6 through December 10, 2019, the conference date. The parties propose to hold the conference on any other date the remainder of that week, December 11, 12 or 13th, or such other date that the Court designates. As the Court had previously noted there would be "no further adjournments," the parties are also amenable to holding the conference on a date preceding the scheduled date, should the Court so prefer.

We thank the Court for its kind consideration.

Respectfully submitted,

/s/ *Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

*Adjourned to Wednesday, December 11, 2019, at 4:30PM.*

*So Ordered.*
*[signature] 11/26/19   USDJ*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
11-27-19