UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-12-19

SEBASTIAN SALAZAR,

        Plaintiff,

- against -

P.V. BAKERY, INC. et al.,

        Defendants.

18cv4153 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties should report to the Court by January 15, 2020 about the status of the case and any proposals for further scheduling.

**SO ORDERED.**

Dated:   New York, New York
       December 11, 2019

                                     John G. Koeltl
                               United States District Judge