# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

January 22, 2020

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Salazar v. P.V. Bakery Inc., et al.*
     Case No. 18-cv-4153 (JGK)

Dear Judge Koeltl:

  We represent Plaintiff in the above referenced matter and write, jointly with counsel to Defendants, to respectfully request a one week extension (from January 24, 2020 to January 31, 2020) to file the proposed addendum.

  The reason for the request is that Defendants' counsel, Lee Jacobs, Esq., is currently out of the office with the flu. The parties have already exchanged drafts of the subject documents and expect to be able to finalize once Mr. Jacobs returns to work. This is the parties' first request for extension.

  We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
1/22/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-23-2020