IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIAN SALAZAR, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiff,<br><br>v.<br><br>P.V. BAKERY, INC. d/b/a H&H MIDTOWN BAGELS EAST, JOHN DOE CORPORATION d/b/a H&H MIDTOWN BAGELS EAST, CLAY ANDERSON, and JAY RUSHIN,<br><br>Defendants. | Case No.: 18-cv-4153<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**. However, in view of Defendants' delay in CAFA notice mailing, Plaintiff proposes the Court hold entry of the proposed Order in abeyance until the expiration of the ninety (90) day CAFA period.

Dated: June 10, 2020          Respectfully submitted,

                              **LEE LITIGATION GROUP, PLLC**

                              By:   */s/ C.K. Lee*
                                    C.K. Lee, Esq.
                                    Anne Seelig, Esq.
                                    148 West 24th Street, Eighth Floor
                                    New York, NY 10011
                                    Tel.: 212-465-1188
                                    *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*