```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

SEBASTIAN SALAZAR,

                Plaintiff,          18cv4153 (JGK)

     - against -              ORDER

P.V. BAKERY INC. et al.,

                Defendants.

─────────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The settlement hearing is adjourned to July 9, 2020 at 4:30 PM. The settlement hearing will be a teleconference. The parties should call in to (888)-363-4749 and use access code 8140049. The claims administrator should send notice of the date of adjournment along with the teleconference details to the class and collective. The claims administrator should file the notice together with an affidavit of service after it is mailed.

**SO ORDERED.**

Dated:    New York, New York
           June 18, 2020              _/s/ John G. Koeltl_
                                      John G. Koeltl
                              United States District Judge