UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEBASTIAN SALAZAR,

                  Plaintiff,

                18 civ 4153 (JGK)

    -against-

P.V. BAKERY, INC., et al.,

                  Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __10-1-20__

## ORDER

    The Court, on July 30, 2020, having granted plaintiff's unopposed motion for certification of the settlement class, final approval or the class action settlement and approval of the FLSA settlement; and having granted the plaintiff's unopposed motion for approval of class plaintiff's service awards; and having granted plaintiff's unopposed motion for approval of attorney's fees and reimbursement of expenses,

    The Court directs the Clerk to close this action.

**SO ORDERED.**

                                              /s/ John G. Koeltl
                                           JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 29, 2020